1108

No. 74–493. OHIO CIVIL RIGHTS COMMISSION v. LYSYJ, DBA KENT TRAILER PARK. Sup. Ct. Ohio. Certiorari denied.

No. 74–494. KRAUSE ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 74–516. STEWART v. KYROS ET AL. C. A. 1st Cir. Certiorari denied.

No. 74–539. NICHOLS v. WOODWARD & LOTHROP, INC. Ct. App. D. C. Certiorari denied.

No. 74–550. PHILADELPHIA ANTI-POVERTY ACTION COMMISSION (PAAC) ET AL. v. RIZZO, MAYOR OF PHILADELPHIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 74–554. PARRIGAN v. PADERICK, PENITENTIARY SUPERINTENDENT. Sup. Ct. Va. Certiorari denied.

No. 74–555. ISHLER v. TOLEDO BAR ASSN. Sup. Ct. Ohio. Certiorari denied.

No. 74–559. JOHNSON v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 74–562. MAHALEY ET AL. v. CUYAHOGA METROPOLITAN HOUSING AUTHORITY ET AL. C. A. 6th Cir. Certiorari denied.

No. 74–564. VASSALLO v. LATORR, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 74–566. REED v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.